**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VERNON CASTLE BROWN, JR., III,<br><br>          Petitioner,<br><br>  v.<br><br>JEFF LYNCH, Warden,<br><br>          Respondent. | Case No. CV 21-09152-CAS (AS)<br><br>**ORDER OF DISMISSAL** |

### I. BACKGROUND

On November 22, 2021, Vernon Castle Brown, Jr. ("Petitioner"), a California state prisoner proceeding pro se, filed a "Petition for Writ of Habeas Corpus," (Dkt. No. 1), which the Court construes as a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254

1  ("Petition").[1]

3  The Petition does not state what Petitioner is challenging,
4  i.e., a conviction, sentence, etc. (See Petition at 2). The
5  Petition does not contain any information or assert any claims.
6  (See Petition at 2-6). Simply listing cases or referring to an
7  unattached declaration (see Petition at 3) is not an assertion of
8  clear and cognizable claims.

10  A Petition for Writ of Habeas Corpus can only be filed by a
11 petitioner who is in state custody and contends that such custody
12 is in violation of the Constitution, laws or treaties of the
13 United States. 28 U.S.C. § 2254(c). Here, Petitioner has failed
14 to allege any claim(s), much less any claims which go to the fact
15 or duration of his confinement. See Preiser v. Rodriquez, 411
16 U.S. 475, 489 (1973).

18  Because Petitioner does not state a claim for relief under
19 28 U.S.C. § 2254, dismissal of the Petition is warranted.
20 //
21 //
22 //
23 //
24 //
25 //
26 //

---

[1] Petitioner has filed numerous habeas petitions in this Court which have been dismissed.

## II. ORDER

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 29, 2021

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE